136

897 A.2d 1166

Ronald L. WAUGAMAN and Dianne
A. Waugaman, Respondents,

v.

Amy L. ULERY and Lee Ulery, Petitioners.

Supreme Court of Pennsylvania.

April 25, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2006, the Application for Relief is denied.

Justice BALDWIN did not participate in the consideration or decision of this matter.